RETURN COPY



D9195546

## CITATION

| | |
|---|---|
| **KENNETH BLAKENEY**<br>(Plaintiff) | NUMBER C-719594 "21" |
| VS | **19TH JUDICIAL DISTRICT COURT** |
| **THE GOODYEAR TIRE AND RUBBER COMPANY**<br>(Defendant) | **PARISH OF EAST BATON ROUGE**<br>**STATE OF LOUISIANA** |

TO:  THE GOODYEAR TIRE AND RUBBER COMPANY
      THROUGH ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY
      501 LOUISIANA AVE.
      BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 7, 2022**.



*Ja'Korica Barra*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MILLER, GREGORY JOHN**
*The following documents are attached:

**PETITION FOR DAMAGES, REQUEST FOR NOTICE**

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.   I made service on the named party through the
CORPORATION SERVICE COMPANY

SERVICE:$_____
MILEAGE$_____       Deputy Sheriff
TOTAL: $_____       Parish of East Baton Rouge

JUN 1 5 2022
by tendering a copy of this document to
MELISSA HARDIN

CITATION-2000

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton R

EXHIBIT A

EAST BATON ROUGE PARISH  C-719594
Filed Jun 03, 2022 11:27 AM      21
Deputy Clerk of Court
FAX Received May 31, 2022

KENNETH BLAKENEY

VERSUS

THE GOODYEAR TIRE AND
RUBBER COMPANY

SUIT NO. C-719594    DIV. 21

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel of record, comes Plaintiff, **KENNETH BLAKENEY**, person of the full age of majority and resident of Ouachita Parish Louisiana, who respectfully shows the Court as follows:

**I.**

Made Defendant herein are:

1. **THE GOODYEAR TIRE AND RUBBER COMPANY**, a non-Louisiana business corporation authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process, Corporation Service Company, 501 Louisiana Ave., Baton Rouge, LA.

**II.**

On July 2, 2021, Ouachita Parish Sheriff's Office was summoned to Defendant, **THE GOODYEAR TIRE AND RUBBER COMPANY**, located at 1900 Natchitoches Road, West Monroe, Louisiana 71292 in reference to a Burglary Complaint. Upon Patrol's arrival, they were made aware that a white male subject was captured on video surveillance walking about the listed property on July 2, 2021 when this subject suddenly ran away and got into a small blue Ford Escape SUV. The Complainant recognized this same vehicle belonging to a prior disgruntled employee, Kenneth Blakeney.

On or about July 13, 2021, Officer Wade Day of Ouachita Parish Sheriff's Office executed an Affidavit of Probable Cause alleging that Petitioner committed one count of Simple Burglary.


Certified True and Correct Copy
CertID: 2022060700843

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/7/2022 2:57 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

### III.

On July 13, 2021, a warrant for the arrest of Petitioner was issued. Petitioner was unlawfully and wrongfully arrested and booked into Parish Prison on one (1) count of Simple Burglary on July 13, 2021.

### IV.

Petitioner's belongings and clothes were taken away. Petitioner was upset over being wrongfully locked up with violent criminals. Petitioner remained unlawfully and wrongfully incarcerated and in fear for his life overnight.

### V.

On July 14, 2021, Petitioner was released from Parish Prison on bond in the amount of $7,500.00.

### VI.

Defendant is liable in the following nonexclusive particulars:

a. Malicious Prosecution;

b. Negligence;

c. Intentional Infliction of Emotional Distress;

d. Negligent Infliction of Emotional Distress;

e. False Arrest;

f. Damage to Reputation;

g. Slander; and

h. Other acts to be proven at trial of this matter.

### VII.

Defendant, **THE GOODYEAR TIRE AND RUBBER COMPANY**, is vicariously liable for the unlawfully and wrongfully arrest of Petitioner

### VIII.

Petitioner's damages include, but are not limited to, past, present, and future physical and mental pain and suffering; loss of freedom; humiliation, aggravation, and inconvenience; and other damages to be shown at the trial of this matter.

**WHEREFORE**, Petitioner, **KENNETH BLAKENEY**, demands judgment against the Defendant, for all relief deemed reasonable by the court, including exemplary damages and


Certified True and Correct Copy
CertID: 2022060700843

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/7/2022 2:57 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

attorney's fees, along with cost of court, and legal interest from date of demand. Petitioner further demands such other relief and to this Court deems just, proper, and equitable.

Respectfully Submitted:

Gregory J. Miller (17059)
Miller, Hampton and Hilgendorf
3960 Government Street
Baton Rouge, LA 70806
Telephone (225) 343-2205
Facsimile (225) 343-2870
Email: gjm@mlhlaw.com
*Attorney for Plaintiff*

**PLEASE SERVE:**

**THE GOODYEAR TIRE AND RUBBER COMPANY**
Through its registered agent for service:
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

Certified True and Correct Copy
CertID: 2022060700843

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/7/2022 2:57 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

```
EAST BATON ROUGE PARISH   C-719594
Filed Jun 03, 2022 11:27 AM     21
Deputy Clerk of Court
FAX Received May 31, 2022
```

KENNETH BLAKENEY            SUIT NO. C-719594    DIV. 21

VERSUS                            19th JUDICIAL DISTRICT COURT

THE GOODYEAR TIRE AND       PARISH OF EAST BATON ROUGE
RUBBER COMPANY               STATE OF LOUISIANA

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

To the Clerk of the 19th Judicial District Court, within and for the Parish of East Baton Rouge, State of Louisiana:

**PLEASE TAKE NOTICE** that Gregory J. Miller of Miller, Hampton & Hilgendorf, does hereby request written notice of the date of the trial of the above matter as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court, as provided in Louisiana Code of Civil Procedure, particularly Article 1572, 1913 and 1914.

Respectfully submitted:

**GREGORY J. MILLER (#17059)**
MILLER, HAMPTON & HILGENDORF
3960 Government Street
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile: (225) 343-2870
Email: gjm@mlhlaw.com
*Attorney for Plaintiff*


Certified True and Correct Copy
CertID: 2022060700844

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/7/2022 2:57 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).